IN THE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

Kathy Travis                                        )

          Plaintiff,                         )          No, 11cv7911

                              )          Judge Elaine E. Bucklo

Triton College, Sean Sullivan, Kevin Kennedy,   )          Magistrate Sheila M. Finnegan

Sum Lau, Marianne Mayer, Donna Stadermann,    )

Danielle Stephens,                                )

          Defendants.                        )          **F I L E D**

               **NOTICE OF FILING**          FEB - 8 2012

                                 THOMAS G BRUTON
                          CLERK, U S DISTRICT COURT

To:  Daniel E. Cannon

     Kusper & Raucci Chartered

     30 North LaSalle Street, Suite 3400

     Chicago, Illinois 60602


PLEASE TAKE NOTICE that on February 9, 2012, I Kathy Travis plaintiff pro se, filed with the Clerk
of the Court for the Northern District of Illinois A Brief and a copy of which is attached and served upon
you.

                                       Kathy Travis

Kathy Travis

1150 S. 15th Avenue

Maywood, Illinois 60153

(708) 945-0862

Plaintiff pro se

1

## CERTIFICATE OF SERICE

The undersigned Plaintiff certifies that on February 8, 2012 true copies of the Plaintiff's Brief and exhibit's were filed with the court and served at the U.S. District Court Northern District of Illinois upon the Defendants attorney Daniel E. Cannon and were also served by U.S. Mail, with proper postage, upon the Defendant's attorney Daniel E. Cannon; Kusper & Raucci Chartered, 30 North LaSalle Street, Suite 3400, Chicago, Illinois 60602.

Kathy Travis

Kathy Travis

1150 S. 15th Avenue

Maywood, Illinois 60153

(708) 945-0862

**IN THE**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Kathy Travis | ) | |
| Plaintiff, | ) | No, 11cv7911 |
| | ) | Judge Elaine E. Bucklo |
| Triton College, Sean Sullivan, Kevin Kennedy, | ) | Magistrate Sheila M. Finnegan |
| Sum Lau, Marianne Mayer, Donna Stadermann, | ) | |
| Danielle Stephens, | ) | |
| Defendants. | ) | |

NOW COMES the Plaintiff, Kathy Travis pro see, to submit a brief and exhibit's to the Honorable Court In support of Complaint of Employment Discrimination.

**BRIEF**

In August of 2006, I acquired a work study position in the business office at Triton College through the federal and Triton work study program. The Federal College Work- Study program provides part-time employment opportunities to students who qualify. This program assists students with work experiences and defrays their college costs. Students must have a completed financial aid file before they can interview for a position. My supervisor's name at that time was Marianne Mayer. My job duties were shredding confidential documents, in which I would shred five or more bags per day, this was not a requirement but I was being productive. I would also reorganize check registers and bring check numbers up to the correct order, organize file cabinets that contained years of data, for the accounts payable department and the business office. I also organized check registers and daily activity reports in numeric order. I was also organizing storage areas located on

3

the 3rd floor and in the basement where massive storage was kept for the accounts payable department, the business office and other departments for a more efficient numeric retrieval. I also completed various projects as assigned by my supervisor in other departments; one in particular was with Mark Holowko who is the Director of systems operations. (**Exhibit A**) In that assignment I would scan instructor evaluations in his department and when I was finished with that project I would return to my office area to finish up my work. This particular assignment I continued even after I was hired on as an hourly employee in 2008. My supervisor was impressed with my job performance, and rated my performance as excellent in my work study evaluations, see (**Exhibit's B, C, and D**) so when the opportunity arose in the accounts payable department, I was recommended for the position as an hourly clerical II in that office environment. In this position you were only allowed to work 30 hours per week and it came with no benefits. I took the position because I felt that there were opportunities to advance with in the company.

My new position start's here in August of 2008. As a clerical II employee my job duties ranged from mail sorting for the business office and accounts payable office ,distribution of the mail sorted to offices on the third floor accounts payable and executives, sending out memo's for invoices to be signed, reviewing statements and getting out outstanding invoices, filing alphabetical, preparing files, copying, preparing invoices and placing them in their proper locations, preparing check registers, updating check registers, preparing daily activity reports, preparing departmental budget reports for the accountants by account numbers and putting together the reports for the accounts files and other day to day operations in the accounts payable department. I would also relieve my supervisor for lunch breaks. I was chosen to learn and cover the Triton College switchboard which covers the whole entire campus that approval came from my supervisor as a request made from

Alida Carpenter the director of purchasing. I also assisted the accountants with various projects with important deadlines that needed to be met. I was regularly asked to complete assignments by one of the senior accountant of five years at Triton whose name is Gerardo Porras-Nava. (**Exhibit E**) It was always a pleasure completing any job he would bring to my desk for completion, I felt that he had confidence in my work and abilities and I was more than happy to assist him. The assignments had to be approved by my supervisor Marianne Mayer.

I also had the pleasure of working with the Triton College's Foundation office with the Executive Director Susan Kerr. (**Exhibit F**) One of the most recent events that I volunteered for was the president's reception where the Chairman and Triton's Alumni were being honored. I was responsible for checking in well over 300 quests to this very important event; the quest's included donors, public servants and executives from district businesses. I was honored and privileged to be a part of the foundation team. Susan Kerr's office is located on the opposite side of the accounts payable office on the same floor and she would step in the office from time to time needing assistance on a purchase orders or requisitions and I would go out of my way to assist her. So when the opportunity arose for the president's reception Mrs. Kerr was excited that I was volunteering to help out. Their office is small staffed and they needed the extra help.

During the course of my employment at Triton in the accounts payable department there had not been any issues raised about my performance. In 2009, my performance was excellent, in 2010, my performance was excellent, (**Exhibits A through F**) all reflect outstanding performance. Exhibits A, E and F are dated most current in April of 2011, of my job performance and they are also job

references of my abilities from well respected individuals at Triton College. In 2011 my performance was excellent if there were any concerns at any time my supervisor Marianne Mayer would have brought it to my attention. However though, through the course of my employment I had concerns and on several occasions I addressed to my supervisor the miss-conduct of my co-workers behavior towards me, I found out that on a daily basis, my co-worker Danielle Stephens was slandering my name to other co-workers and executives in my department, and also in other departments on that floor. On several occasions Danielle would step into the executive office of Alida Carpenter who is the Director of Purchasing and speak of me in a malicious manner, demeaning my character and defaming my name. I remember on a particular occasion I tried to speak to Alida about Danielle's behavior and she told me that Danielle was venting to her, but Alida was unaware that what she called venting was actually slander, and I told Alida that it was wrong for Danielle to consistently go around saying bad things about me and on top of that she was doing that to make me look bad and to make herself look good. When I asked to have a meeting about this Alida's comment to me was that it wasn't her place to get involved and if I had concerns that I needed to speak with my supervisor about them, and I did. It became very evident to me that my co-worker Danielle Stephens was jealous of me and had been expressing a strong dislike toward me and about me in the whole office. I was being chosen by the executives to assist them with their projects and Danielle was observing this. Danielle's ill attitude and behavior, I had noticed form the very beginning, but it became more apparent as the executives would come and ask for my help on certain projects. I even brought up her behavior to her supervisor Sum Ming Lau the Assistant Director of Finance and his response was very passive, I also found out that she had been slandering my name to him as well and his attitude toward me was very negative, so talking with him was getting me nowhere. I also noticed that my supervisor was doing nothing

about her behavior as well. After I saw that nothing was going to be done about this I just made up my mind to just do my work and do it to the best of my ability and at times I found it difficult to do because she made things in that office miserable and I had put up with it for quite some time it was emotionally frustrating and mentally exhausting she would do things in that office that had me doing extra work that I didn't normally do and who could I tell about it, everyone I spoke with didn't care after all they put up with her mess since she had been in that office. I finally figured out that Danielle was trying to make me quite, with her obvious ill dislike toward me, but when that didn't work, she sought out to get me fired. Danielle's behavior was very upsetting, because If I asked her a question, she would have a very nasty attitude, I could tell that she didn't want me there, especially when she saw that some of the executives would come to me for my help on special projects all the time; most of them attended the president's reception and they saw me volunteering and they were impressed and complemented me for my efforts to help out and assist. I believe that this made Danielle's jealously worse toward me because her behavior escalated.

In February 2011 no concerns were brought to me about my job performance, and I say this because my supervisor and Danielle went on vacations during this month and I had to cover her office area and my own work station at the same time, the moment Danielle returned, the Assistant Vice President Kevin Kennedy complemented me on doing a good job covering the two areas and he gave me a bottle of imported wine as a gift I thanked him for it and told him that I didn't drink and I gave the bottle to Theresa and Danielle over heard it because she was standing right there.

So now in May of 2011, my performance, was being brought up; it was Danielle who started telling my supervisor Marianne that I wasn't doing my job. After I had applied for the position as account clerk I found out that Danielle, Sum, and Alida was on the hiring committee and because of Danielle Sum and Alida I was not given the opportunity to even interview for the position, It is Tritons policy that in house

employees are first considered for the positions they apply for and have an opportunity to be interviewed I submitted my application for this position. (**Exhibit G**) confirmation of application submitted. (**Exhibit H**) is a list of all of the openings in the classified job field that were open.

After I applied for the position all of sudden files were being misplaced, invoices, were being placed on wrong orders, and then lies were being told to my supervisor and to everyone else about my job performance. Danielle was on a quest to get me fired, so she sabotaged my work and blamed me for the mistakes. It seemed like every other day something would come up to say that I made a mistake on something and then Danielle would run to my supervisor's office and point it out for her to take note of it. Danielle had plenty of opportunity to do this I left the office a three o'clock in the afternoon and Danielle left at five. I arrived at nine o'clock in the morning and Danielle arrived at 8:30 am, by the time I got in something was on my desk to see my supervisor, about some work I had done the day before. Danielle was like a spoiled brat in that office and my supervisor babied her. I had never saw anything like this how they put up with her behavior in this professional environment. Danielle and my supervisor conspired to remove me from my position. My supervisor was retiring in June of 2011 and her position became available Danielle applied for her position and got it, I didn't find out about it until after Danielle had gotten her job, they kept that a secret so that I wouldn't have an opportunity to apply for the position. Danielle would now become my boss. Danielle is still in this position today.

Now in May 24, 2011; I am being recommended for termination I receive a memo for the first time telling me about ongoing job performance issues. The same day I got the memo was the same day I was told to go to the Vice Presidents office Kevin Kennedy. Mr. Kennedy and Marianne Mayer my supervisor presented me with the memo and he told me that I had a chance to express and

address and oppose the comments made in the memo at the due process hearing that would be held in the boardroom on Tuesday May 31, 2011 @ 11:00 am.

On Tuesday May 31, 2011 in the boardroom meeting, I was present and so was the following people Sean Sullivan, Kevin Kennedy, Sum Lau, Marianne Mayer, and Donna Stadermann, Danielle was not present in the board meeting. During that board meeting I had a chance and an opportunity to address every point with my supervisor, Marianne and she could not give pacific's and could not define a reasonable answer to everyone in the boardroom, no dates or times were given. I also asked my supervisor Marianne who brought up the issue of job performance and she avoided the question by moving on to something else that still had no merit. She was trying to protect Danielle because my supervisor knew that it was Danielle who brought this performance issue up. Mr. Sean Sullivan the Vice President of Business Services was trying to filter through these issues that were listed on the memo, especially after I started questioning Marianne. I had written down some questions that I was using to dissect the memo point by point and issue by issue. Mr. Sullivan interrupted the questions I was asking and started asking his own questions. As we went through the memo and addressed the things on it, the answers given by Marianne and Sum were insufficient. The answers were vain and had no weight to them, they could not give complete answers and they avoided some of my questions by trying to move on to other things that had no relevance. I then showed Mr. Sullivan a reference letter that I received from one of the senior accountants about my performance see (**Exhibit E**) and Mr. Sullivan commented on how he would come to my desk and ask me to help on projects and then Sum Lau spoke out and said that some of the other accounts don't come to me and I said you know why that is, it's because of what Danielle had been going behind my back telling them. She had been speaking all kinds of ill things about me, to most of them and slandering my name to them that's why. And he couldn't say anything

9

about that. Because he knew that Danielle was doing that and he did nothing about it and he is her supervisor, and I have went to him to speak with her about her behavior on many occasions and he did nothing. Regardless to which point they moved to, the same result occurred, no complete answers and no weight or substance. The issues of job performance were showed to be in the wrong.

After the board meeting I received a letter dated June 1, 2011. (**Exhibit I**) It stated that the letter for termination will not be sent to the board; however I was not scheduled for any more hours in that department. Mr. Sullivan said that he could not put me back in that office with Danielle, because I provided information in the meeting to them regarding Danielle's behavior; her behavior was always discourteous, nasty, disrespectful and very gross. I also addressed every issue on the memo to be not true at which time I was given time to find another position on campus, I had to do this on my own, which I felt was unfair and unjust, and totally un-appropriate. I gave substantial input in the board meeting that proved that issues of my job performance were in accurate and false. My supervisor was wrong for her action taken against me concerning my job performance I felt that my supervisor discriminated against me, when it was really my coworker Danielle Stephens who initiated the job performance issue. My supervisor was well aware of Danielle's behavior and allowed it to continue, and recommended a termination because I complained to her about Danielle. My supervisor conspired with Danielle to have me terminated. I felt that Mr. Sullivan's actions were discriminatory toward me. He was in a position to make things right and he didn't They did not take action toward Danielle, even after I had exposed her behavior which I feel was wrong, she stayed in her position, and as a matter of fact she got Marianne's job when she retired.

Mr. Sean Sullivan and Mr. Kevin Kennedy had the authority and power to place me in another position and they failed to do so. They left me to fin for myself and go through a reapplication process,

which was totally unnecessary. I had expressed that I had applied to other positions on campus and that was the perfect opportunity for them to assist me and recommend me for a position that I had already applied for, but they didn't do that. (**Exhibit J application status**) They gave me 30 days to find a new position; however when I returned to check the status of the applications that I had already posted they all had been mysteriously filled. I then went to post another application to the employment web site and it had been changed (**Exhibit K Adjusted listings**) This exhibit is a list of all of the classified positions dated June 16, 2011 changed right after the board meeting compare it to (**Exhibit H Original listings**) which has more listings and is dated May 19, 2011. This was the original job listing for all of the classified positions on campus. Donna Stadermann who was present in the board meeting is also the human resource manager (**Exhibit L**) she knew about my job search. So when I went back to check on the status of the applications and post to other positions on the employment web site Donna Stadermann had the site changed.

I had printed out the job postings prior to the board meeting because I was fed up with the way things were going in that office and I had already decided to look for another job, on campus but before I left my current position I was trying to secure a new position, it just so happened that this situation came up about my performance at the same time. So I had a list of all of the open positions before the board meeting (**Exhibit H Original job listings**) and when I returned to apply, after the board meeting the jobs were changed so that I could not apply to them. After the 30 days passed the job postings had been changed again. I printed this posting (**Exhibit M**) this is the current posting.

I suffered a great deal of emotional and mental distress in that accounts payable office. Danielle's behavior was always discourteous, rude, dis-respectful and over all nasty towards me she had that attitude toward me since I first came into that office I requested to have meetings after meetings with my supervisor and her supervisor, and nothing was done. I continued to do my job to my

very best ability. Danielle was trying to make me quite, with her obvious ill dislike toward me, but I didn't quite, because I'm not a quitter, I have a family to support and they depend on me for support. So when her efforts to make me quite didn't work, she sought out to get me fired. She involved my supervisor by lying and then involved her supervisor by deceiving him and saying all sorts of ill things about me to him and she did that when I first started because his attitude was never good toward me, that's why he did nothing about her behavior he didn't care. I exposed Danielle's behavior to my supervisor and also to her supervisor and they weren't pleased with that, I said what she was doing was wrong.

Theresa Gajc is an account clerk, who worked in the office with us, and she is a witness to Danielle's behavior and Danielle did her wrong most of the time, she would have Theresa doing most of her work, and then some. Theresa just did whatever Danielle told her to do, and would not stand up for herself. Carolyn Palmer is another person that Danielle would go to and speak slander about me on a daily basis and she is witness. There are a number of other people who knew of her behavior a couple of executives, but still nothing was being done about it. I followed the chain of command and reported this miss-conduct to supervisors and they did nothing and the reason is because Danielle was the only one who had the experience and knowledge in the accounts payable department besides Theresa who could operate the day to day activities in that department, Danielle knew more than Theresa and Danielle didn't want anyone to learn about her job, so that is why she was so rebellious in helping people especially me. That is why they kept her there in that department because of her knowledge in that department. They tolerated her behavior, and weren't concerned about who it effected and what effect it would have on other people. I'm sure I'm not the first person she has gotten fired or tried to make quit, and if it's not stopped this behavior of hers is going to poison that department and Triton College.

This was an intentional act of discrimination that is why I am seeking relief and justice from the court.

The defendants knowingly, intentionally and willfully changed and removed job postings from the web site where I was to apply for another position on campus.

THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff: Direct the defendants to grant the plaintiff relief for emotional distress, compensatory and punitive damages/double lost wages; if available grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs including reasonable attorney fees and expert witness fees; Grant such other relief as the Court may find appropriate.

## Kathy Travis

**From:** Mark Holowko [mholowko@triton.edu]
**Sent:** Wednesday, April 13, 2011 12:22 PM
**To:** ktravis@triton.edu
**Subject:** Reference

Kathy,

It has been a pleasure working with you. You have always been professional, kind and courteous.

First, I must acknowledge that your immediate supervisor approved of the extra work in my area.

Second, I truly appreciate the fact that you volunteered to assist me with the scanning of the Instructor Evaluations.

The scanning that you provided was always precise with no errors.

I wish you the best in your future endeavors.

( Exhibit A )


**Triton** Federal and Triton College Work-study Evaluation
COLLEGE

You must complete this form at the end of each semester for each work-study student in your area. This form is required whether the termination is voluntary or involuntary.

Please check the appropriate type of evaluation:

_____ Fall Semester Evaluation. Is the student returning for the Spring Semester? _____ Yes _____ No

___X___ Spring Semester Evaluation. The student's last day of work will be _____

_____ Termination Evaluation. The student's last day of work was/will be _____

Name: KATHY TRAVIS _____ Social Security No. _____

Department: BUSINESS/FINANCE _____ Supervisor: MARIANNE MAYER

Review Period: From: 4/7/08 _____ To: 6/13/08 _____
                        Month/Year              Month/Year

| Rating Elements | Ratings (check one) | | | | |
|---|---|---|---|---|---|
| | EXCELLENT | ABOVE AVERAGE | AVERAGE | BELOW AVERAGE NEEDS IMPROVEMENT | POOR |
| **Performance of Duty:** Consider the quality, quantity and timeliness in accomplishing those duties outlined in the employee's job description. Does the employee meet established standards? Does the employee do as much as expected? | | X | | | |
| **Work Habits:** Consider the employee's ability to work without constant supervision, his/her industry, motivation for self-improvement, maintenance and care of equipment and observation of rules and procedures. Is initiative and interest in work shown? | | X | | | |
| **Attitude:** Consider the willingness to perform duties, desire to achieve cooperation with fellow employees and management, acceptance of constructive criticism, adaptability to change and willingness to accept responsibility for his/her actions. | | X | | | |
| **Attendance:** Consider the employees adherence to work schedules, punctuality in reporting to work, respect for rest breaks and lunch periods and frequency of authorized and unauthorized absences. | X | | | | |
| **General Conduct:** Consider the appropriateness of dress for the position; manner and courtesy on the job and in communicating with the public. | | X | | | |

Comments: KATHY IS VERY ORGANIZED. SHE UTILIZES HER TIME WELL AND IS VERY PRODUCTIVE.

KATHY ALWAYS HAS A POSITIVE ATTITUDE AND DOES WHAT IS ASKED OF HER. HER ATTENDANCE

IS EXCELLENT. SHE IS VERY RELIABLE, ALWAYS PUNCTUAL AND WORKS HER SCHEDULED HOURS. KATHY
IS A PLEASURE TO WORK WITH AND I WOULD LIKE TO HAVE HER RETURN NEXT SEMESTER.

**Employee:** I certify that this evaluation has been discussed with me by the evaluator. I understand that my signature does not necessarily mean that I agree with it.

Supervisor's Signature: _Marianne Mayer_ _____ Date: 5-15-08

Student's Signature: _Kathy Travis_ _____ Date: 5-15-08

*(Exhibit B)*

White - Work-study Office          Yellow - Supervisor          Pink - Student

 **Triton** COLLEGE

# Federal and Triton College Work-study Evaluation

You must complete this form at the end of each semester for each work-study student in your area. This form is required whether the termination is voluntary or involuntary.

Please check the appropriate type of evaluation:

___X___ Fall Semester Evaluation. Is the student returning for the Spring Semester? __X__ Yes ____ No

_____ Spring Semester Evaluation. The student's last day of work will be _____

_____ Termination Evaluation. The student's last day of work was/will be _____

Name: KATHY TRAVIS _____  Social Security No. _____

Department: BUSINESS/FINANCE _____  Supervisor: MARIANNE MAYER

Review Period: From: ___AUGUST 2008___  To: ___DECEMBER 2008___
                         Month/Year                      Month/Year

| Rating Elements | Ratings (check one) | | | |
|---|---|---|---|---|
| **Performance of Duty:** Consider the quality, quantity and timeliness in accomplishing those duties outlined in the employee's job description. Does the employee meet established standards? Does the employee do as much as expected? | X | | | |
| **Work Habits:** Consider the employee's ability to work without constant supervision, his/her industry, motivation for self-improvement, maintenance and care of equipment and observation of rules and procedures. Is initiative and interest in work shown? | X | | | |
| **Attitude:** Consider the willingness to perform duties, desire to achieve cooperation with fellow employees and management, acceptance of constructive criticism, adaptability to change and willingness to accept responsibility for his/her actions. | X | | | |
| **Attendance:** Consider the employees adherence to work schedules, punctuality in reporting to work, respect for rest breaks and lunch periods and frequency of authorized and unauthorized absences. | X | | | |
| **General Conduct:** Consider the appropriateness of dress for the position; manner and courtesy on the job and in communicating with the public. | X | | | |

Comments: KATHY IS AN EXCELLENT EMPLOYEE. SHE WORKS HER SCHEDULED HOURS AND IS ALWAYS PUNCTUAL. KATHY REQUIRES LITTLE SUPERVISION; SHE KNOWS WHAT HAS TO BE DONE AND DOES IT. I AM VERY APPRECIATIVE OF ALL KATHY DOES FOR US AND WOULD LIKE TO HAVE HER RETURN NEXT SEMESTER.

Employee: I certify that this evaluation has been discussed with me by the evaluator. I understand that my signature does not necessarily mean that I agree with it.

Supervisor's Signature: _Marianne Mayer_  Date: _12-12-08_

Student's Signature: _Kathy_  Date: _12-12-08_

*(Exhibit C)*

White - Work-study Office          Yellow - Supervisor          Pink - Student

# Triton COLLEGE — Federal and Triton College Work-study Evaluation

You must complete this form at the end of each semester for each work-study student in your area. This form is required whether the termination is voluntary or involuntary.

Please check the appropriate type of evaluation:

_____ Fall Semester Evaluation. Is the student returning for the Spring Semester? _____-Yes _____ No

__X__ Spring Semester Evaluation. The student's last day of work will be _____

_____ Termination Evaluation. The student's last day of work was/will be _____

Name: KATHY TRAVIS    Social Security No. _____

Department: BUSINESS/FINANCE    Supervisor: MARIANNE MAYER

Review Period: From: 2/09 (Month/Year)   To: 6/09 (Month/Year)

| Rating Elements | Ratings (check one) | | | | |
|---|---|---|---|---|---|
| **Performance of Duty:** Consider the quality, quantity and timeliness in accomplishing those duties outlined in the employee's job description. Does the employee meet established standards? Does the employee do as much as expected? | X | | | | |
| **Work Habits:** Consider the employee's ability to work without constant supervision, his/her industry, motivation for self-improvement, maintenance and care of equipment and observation of rules and procedures. Is initiative and interest in work shown? | X | | | | |
| **Attitude:** Consider the willingness to perform duties, desire to achieve cooperation with fellow employees and management, acceptance of constructive criticism, adaptability to change and willingness to accept responsibility for his/her actions. | X | | | | |
| **Attendance:** Consider the employees adherence to work schedules, punctuality in reporting to work, respect for rest breaks and lunch periods and frequency of authorized and unauthorized absences. | X | | | | |
| **General Conduct:** Consider the appropriateness of dress for the position; manner and courtesy on the job and in communicating with the public. | X | | | | |

Comments: Kathy has been a positive presence in our area. She is a reliable, organized and very productive person. Kathy requires minimal supervision and can be counted on to take the initiative and ask for more work when she is finishing up the work load she has been given. Kathy's attendance has been excellent. I absolutely would like to have her return to our office next semester. (As soon as possible.)

Employee: I certify that this evaluation has been discussed with me by the evaluator. I understand that my signature does not necessarily mean that I agree with it.

Supervisor's Signature: *Marianne Mayer*    Date: 5-20-09

Student's Signature: *Kathy Travis*    Date: 5/20/09

(Exhibit D)

White - Work-study Office    Yellow - Supervisor    Pink - Student

April 27, 2011

To Whom It May Concern:

Hello.

This letter is written to recommend Kathy Travis as an employee of your organization.

My name is Gerardo Porras-Nava and I have been employed at Triton College in the position of Senior Accountant for five years.

Due to various ad-hoc projects and important deadlines that need to be met, I regularly find myself asking Kathy to assist me in completing various tasks. Whether it is making copies, filing, or locating missing files, Kathy is always more than willing to help out. Not only does Kathy take meticulous notes on instructions given, but she is accurate in carrying out said instructions and just as important is that she is a pleasant co-worker. I also appreciate the fact that Kathy is quick to ask questions if there are any ambiguities in carrying out her duties.

If you need any clarifications or have any questions on Kathy's qualities or experience, I will be happy to address any topic.

I can be reached at the following contact information below.

Most Sincerely,

Gerardo Porras-Nava
Senior Accountant

Triton College – A306
Business Office
River Grove, IL   60171

Cell #: 773-704-3632
Email: gporrasn@triton.edu

( Exhibit E )



TRITON COLLEGE

FOUNDATION

2000 Fifth Ave., Room A-315 • River Grove, IL 60171
(708) 456-0300, Ext. 3758

April 13, 2011

To Whom It May Concern:

This letter is to recognize the contributions of Kathy Travis, to the Triton College
Foundation.

Kathy has been a longtime volunteer for our organization, and was truly
invaluable during our most recent event last fall, the Triton College Foundation
President's Reception. Kathy helped check-in the guests to the event, an
extremely important job as there are several hundred guests, including donors,
public servants and executives from district businesses. She is organized,
professional and a wonderful "face" to our Foundation. We have an extremely
small staff and having willing and capable volunteers like Kathy is vital to the
success of our activities here on campus.

Based on my association with Kathy, I can wholeheartedly recommend her for
any position that requires a true professional with a wonderful heart.

Sincerely,

*Susan B. Kerr*

Susan B. Kerr
Executive Director

(Exhibit F )

• Welcome **Travis, Kathy**. You are logged in.                    Wednesday, April 27, 2011

## Your Application Has Been Submitted
## Account Clerk

### The following is your confirmation number. Please save this number for future reference: 568140

Thank you for your interest in this position. The screening and selection process is currently underway and will continue until a successful candidate is chosen. Should review of your qualifications result in a decision to pursue your candidacy, you will be contacted.



**NOTE:** To protect the security of your application information, please logout of the site and close your browser window when you are finished.

(Exhibit G)

*Before meeting*

## Search Results

To view the position details and/or apply to a position, click on the **View** link below the Job Title. To sort, click on the arrow next to the column title.

**RETURNING USERS: Please STOP and read this important message!**
If you need to **edit your application information** before applying for a position, please login and click on the 'Manage Applications' link on the navigation bar to the left. **You will not be allowed to change your application information after you have applied for a position.**

### Search Results

**17** Records

| Job Title | Working Title | Job Open Date | Position Type | Department |
|---|---|---|---|---|
| Student Personnel Clerk II View | Classified | 05-19-2011 | Classified | Enrollment Services |
| Mail Distribution Clerk View | Classified | 05-18-2011 | Classified | Office of the Vice President of Business Services |
| Administrative Assistant (Confidential) View | Classified | 05-10-2011 | Classified | Student Affairs |
| Staff Technology Trainer View | | 05-03-2011 | Classified | Office of the Vice President of Business Services |
| Financial Aid Specialist View | Classified | 04-28-2011 | Classified | Student Affairs |
| Accountant View | Classified | 04-27-2011 | Classified | Office of the Vice President of Business Services |
| Account Clerk View | Classified | 04-21-2011 | Classified | Office of the Vice President of Business Services |
| Research Associate View | Classified | 04-21-2011 | Classified | Office of the Associate Vice President of Academic Affairs |
| Public Relations Writer View | Classified | 04-21-2011 | Classified | Student Affairs |
| Secretary I (Counseling) View | Classified | 04-12-2011 | Classified | Student Affairs |
| Account Clerk View | Classified | 04-07-2011 | Classified | Office of the Vice President of Business Services |
| Custodian I (2 Positions) View | Classified | 03-29-2011 | Classified | Facilities |
| Secretary I (Com. Rel.) View | Classified | 03-29-2011 | Classified | Office of the President/Board of Trustees |
| Lead Person, Custodial / Grounds View | Classified | 03-29-2011 | Classified | Facilities |
| Maintenance, Silled Trades View | Classified | 03-21-2011 | Classified | Facilities |
| Maintenance, Semi-Skilled Trades View | Classified - FT | 02-17-2011 | Classified | Office of the Vice President of Business Services |
| Sectetary II (Nursing) | Classified | 09-24-2010 | Classified | Health Careers |

*(Exhibit H)*



## Triton
### COLLEGE

June 1, 2011

Kathy Travis
P.O. Box 871
Maywood, IL  60153

Dear Kathy,

This letter is being sent as a follow up to the due process meeting held in the Boardroom on Tuesday, May 31, 2011 at 11:00 a.m.  The following people were in attendance:  yourself, AVP Kevin Kennedy, Sum Lau, Marianne Mayer, Donna Stadermann and myself.

After a discussion regarding your job performance, to which you participated and gave substantial input, it was decided that you will not be scheduled for any further hours in the Accounts Payable office.  Also, the recommendation for termination will not be sent to the June 21 Board meeting. This decision was made based on your statement that you have applied to several open positions on campus, in other areas.  If, after 30 days, you have not been selected for a new position on campus, the recommendation to terminate your employment will move forward to the next Board meeting, July 19, 2011.

If you have any questions, please call my office.

Sincerely,

Sean O'Brien Sullivan
Vice President, Business Administration

cc:      File

$(Exhibit \ I)$



Home
Search Postings
Application Status
Manage Applications
Change Password
Logout

• Welcome Travis, Kathy. You are logged in.

Thursday, June 16, 2011

## Application Status

Login Successful!

The table below lists the positions you have applied to.

• To remove your application from consideration for a position, click on the **Withdraw Application** link for that position. **(Note: If you withdraw your application, you will *need* to contact the Human Resources Department to be reconsidered for the position.**

### Application Status

3 Records

| Job Title | Working Title | Confirmation Number | Posting Number | Application | Application Date | Status | Attached Documents | View Documents |
|---|---|---|---|---|---|---|---|---|
| Account Clerk View | Classified | 568140 | 0600274 | View Application for Classified/Mid-Mgmt/Hourly | 04-27-2011 | Position Filled | Resume Cover Letter Other Document | Other Cvr Ltr Res |
| Secretary I (Com. Rel.) View | Classified | 568992 | 0600264 | View Application for Classified/Mid-Mgmt/Hourly | 05-20-2011 | Position Filled | Resume Cover Letter Other Document | Other Cvr Ltr Res |
| Student Personnel Clerk II View | Classified | 568995 | 0600289 | View Application for Classified/Mid-Mgmt/Hourly | 05-20-2011 | Position Filled | Resume Cover Letter Other Document | Other Cvr Ltr Res |

NOTE: To protect the security of your application information, please logout of the site and close your browser window when you are finished.

(Exhibit J)

*Adjusted*

**Search Results** *after Meeting*

To view the position details and/or apply to a position, click on the **View** link below the Job Title. To sort, click on the arrow next to the column title.

**RETURNING USERS:** Please **STOP** and read this important message!
If you need to **edit your application information** before applying for a position, please login and click on the 'Manage Applications' link on the navigation bar to the left. **You will not be allowed to change your application information after you have applied for a position.**

**Search Results**

8 Records

| ▼ Job Title | ▼ Working Title | ▼ Job Open Date | ▼ Position Type | ▼ Department |
|---|---|---|---|---|
| **Custodian I (3rd Shift) (FT-Temp)** View | Classified | 05-25-2011 | Classified | Facilities |
| **Maintenance Personnel (FT Temp)** View | Classified | 05-25-2011 | Classified | Facilities |
| **Staff Technology Trainer** View | | 05-03-2011 | Classified | Office of the Vice President of Business Services |
| **Accountant** View | Classified | 04-27-2011 | Classified | Office of the Vice President of Business Services |
| **Lead Person, Custodial / Grounds** View | Classified | 03-29-2011 | Classified | Facilities |
| **Custodian I (2 Positions)** View | Classified | 03-29-2011 | Classified | Facilities |
| **Maintenance, Silled Trades** View | Classified | 03-21-2011 | Classified | Facilities |
| **Maintenance, Semi-Skilled Trades** View | Classified - FT | 02-17-2011 | Classified | Office of the Vice President of Business Services |

To view open postings, please enter your search criteria below. You may view all open postings by not specifying any search criteria and clicking on the **Search** button.

Search Postings

| Posting Number | | Department | Any |
|---|---|---|---|
| Working Title | | Position Type | Classified |

| SEARCH | CLEAR RESULTS |
|---|---|

*(Exhibit K)*



July 20, 2011

Kathy Travis
P. O. Box 871
Maywood, IL 60153

Dear Kathy:

This letter is being sent to inform you that the Triton College Board of Trustees, at the meeting on July 19, 2011 accepted the recommendation to terminate your employment from the part time position of Clerical II, in the Accounts Payable department, effective July 20, 2011.

Enclosed please find a SURS Separation Refund Fact Sheet. This sheet provides information on the process to obtain a refund of your SURS contributions. If you have SURS questions, please call (800)275-7877.

If you have any other questions, do not hesitate to call me.

Sincerely,

*Donna Stadermann*

Donna Stadermann
Manager, Human Resources

Cc:  S. Lau
     HR File

(Exhibit L)

*Changed Back*
*Current*

**Search Results**

To view the position details and/or apply to a position, click on the **View** link below the Job Title. To sort, click on the arrow next to the column title.

**RETURNING USERS:** Please **STOP** and read this important message!
If you need to **edit your application information** before applying for a position, please login and click on the 'Manage Applications' link on the navigation bar to the left. **You will not be allowed to change your application information after you have applied for a position.**

**Search Results**

9 Records

| Job Title | Working Title | Job Open Date | Position Type | Department |
|---|---|---|---|---|
| **Senior Financial Aid Specialist** View | Classified | 12-13-2011 | Classified | Enrollment Services |
| **Account Clerk** View | Classified | 11-29-2011 | Classified | Office of the Vice President of Business Services |
| **Secretary II** View | Classified | 11-11-2011 | Classified | Health Careers |
| **Coordinator, Scheduling** View | Classified | 11-11-2011 | Classified | Facilities |
| **Administrative Assistant (Confidential)** View | Classified | 11-07-2011 | Classified | Office of the President/Board of Trustees |
| **Gardner (Temp FT)** View | Classified | 08-26-2011 | Classified | Facilities |
| **Custodian I (3rd Shift)** View | Classified | 07-21-2011 | Classified | Facilities |
| **Computer Systems Specialist** View | Classified | 07-20-2011 | Classified | Office of the Associate Vice President of Information Systems |
| **Custodian I (3rd Shift) (FT-Temp)** View | Classified | 05-25-2011 | Classified | Facilities |

To view open postings, please enter your search criteria below. You may view all open postings by not specifying any search criteria and clicking on the **Search** button.

Search Postings

| Posting Number | | Department | Any |
|---|---|---|---|
| Working Title | | Position Type | Classified |

[ SEARCH ]   [ CLEAR RESULTS ]        *(Exhibit M )*