# EXHIBIT A

December 5, 2012

Kathy Travis
1150 S. 15th Avenue
Maywood, IL   60153

RE: Travis v. Triton College
    Case No. 11-C-7911
    Your file No. 886-075

Daniel E. Cannon
Kusper & Raucci Chartered
30 N. LaSalle St, Suite 3400
Chicago, IL   60602

Dear Mr. Cannon:

Enclosed is a list of the items I must recieve on or before December 14, 2012. If the items are not recieved by that date, I will file a motion in the court to compel the defendants to do so. I will also file a motion in court to extend discovery.

Thank you for your prompt attention to this matter.

Respectfully,

Kathy Travis

## ITEMS TO BE PRODUCED

1. 2nd Set of Interrogatories: Question #7.
   A. Compliance: Federal reporting requirements for applicant records.

2. 3rd Set of Interrogatories: Part B.
   1. Provide the start date of employee Tatiana Ross-King
      Area: Operations and Maintenance.
   2. Provide the end date of employee Tatiana Ross-King
      Area: Operations and Maintenance.

3. Provide verification pursuant to Section 1-109 of the Illinois Code of Civil Procedure, to certify that the answers are true and correct by employee supervisor Sum Lau.

The Plaintiff certifies that she served the foregoing Plaintiff's Items to be Produced upon the Defendants attorney Daniel E. Cannon, Kusper & Raucci Chartered, 30 North LsSalle Street, Suite 3400, Chicago Illinois 60602. By U.S. Mail, with proper prepaid postage on December 5, 2012.

Respectfully submitted,

BY: _____
Kathy Travis

Kathy Travis
1150 S. 15th Avenue
Maywood Illinois 60153