IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Kathy Travis, | ) | |
| | ) | |
| Plaintiff, | ) | No. 11cv7911 |
| | ) | |
| v. | ) | Judge Elaine E. Bucklo |
| | ) | |
| Triton College, Sean Sullivan, Kevin Kennedy, Sum Lau, Marianne Mayer, Donna Stadermann, Danielle Stephens, | ) ) ) | Magistrate Sheila M. Finnegan |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

To: Kathy Travis
1150 S. 15th Avenue
Maywood, Illinois 60153

PLEASE TAKE NOTICE that on May 9, 2013, we filed with the Clerk of the Court for the Northern District or Illinois, Eastern Division, the Defendants' Reply Memorandum of Law in Support of Motion for Summary Judgment, a copy of which is attached and served upon you.

By: s/Daniel E. Cannon
Daniel E. Cannon

Daniel E. Cannon
Kusper & Raucci Chartered
33 North Dearborn Street, Suite 1530
Chicago, Illinois 60602
(312) 332-5000
(312) 332-4663 (fax)
ARDC No. 6180109
Attorney for Defendants

# CERTIFICATE OF SERVICE

    The undersigned attorney certifies that on May 9, 2013, a true copy of the aforementioned Defendants' Reply Memorandum of Law in Support of Motion for Summary Judgment and this Notice were filed and served by electronic transmission via the Case Management/Electronic Case Filing System of the U.S. District Court for the Northern District of Illinois, upon the plaintiff pro se, and were also served by U.S. Mail, with proper prepaid postage, upon the plaintiff Kathy Travis, 1150 S. 15th Avenue, Maywood, Illinois 60153.

                                                             /Daniel E. Cannon
                                                               Daniel E. Cannon

Daniel E. Cannon
Kusper & Raucci Chartered
33 North Dearborn Street, Suite 1530
Chicago, Illinois 60602
(312) 332-5000
(312) 332-4663 (fax)
ARDC No. 6180109
Attorney for Defendants