# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

| | |
|---|---|
| KATHY TRAVIS ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 11 C 7911 |
| TRITON COLLEGE, et al. ) | |
| *Defendant* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

X other: Judgment is entered in favor of defendants and against plaintiff. .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

X decided by Judge    Elaine E. Bucklo    on a motion   for summary judgment. .

Date: May 31, 2013

Thomas G. Bruton, Clerk of Court

Ms. Jacquelyn H. Collier
Deputy Clerk